UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW GREEN, | ) | Case No. 5:17-cv-01048-SVW-JC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS, |
| v. | ) | CONCLUSIONS, AND |
| | ) | RECOMMENDATIONS OF |
| | ) | UNITED STATES MAGISTRATE |
| STU SHERMAN, | ) | JUDGE |
| | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), the Motion to Amend the Petition ("Motion to Amend"), and all of the records herein, including the March 6, 2019 Order Denying Motion to Amend ("March Order") and the September 7, 2020 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the March Order and the Report and Recommendation.

IT IS HEREBY ORDERED that the Motion to Amend and the Petition are denied, this action is dismissed with prejudice and that Judgment be entered accordingly.

     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and on respondent's counsel.

     IT IS SO ORDERED.

DATED: March 24, 2021

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE