UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GREEN,<br><br>               Petitioner,<br><br>        v.<br><br>STU SHERMAN,<br><br>               Respondent. | Case No. 5:17-cv-01048-SVW-JC<br><br>JUDGMENT |

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

    IT IS SO ADJUDGED.

DATED:  March 24, 2021

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE